McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street,
Fresno, California 93721
Telephone:  (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELANIE RUPORT, | ) | 1:04-CV-06065 SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | AWARDING EAJA ATTORNEY FEES |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED by the parties, through their

undersigned counsel, subject to the approval of the Court, that

counsel for plaintiff be awarded attorney fees under the Equal

Access to Justice Act in the amount of THREE THOUSAND FIVE HUNDRED

DOLLARS AND NO CENTS ($3,500.00).  This amount represents

compensation for legal services rendered on behalf of plaintiff by

counsel in connection with this civil action for services

performed before the district court in accordance with 28 U.S.C. §

2412(d).

///

///

///

1

1   This stipulation constitutes a compromise settlement of

2   plaintiff's request for EAJA attorney fees and does not constitute

3   an admission of liability on the part of defendant under the EAJA.

4   Payment in the aforementioned sum under EAJA shall constitute a

5   complete release from and bar to any and all claims, rights,

6   causes of action, liens or subrogated interests relating to

7   attorneys fees incurred in this action under EAJA.

8   The settlement of plaintiff's claim for EAJA attorney fees

9   does not preclude plaintiff's counsel from seeking attorney fees

10  under 42 U.S.C. § 406(b) of the Social Security Act, subject to

11  the offset provisions of the law.

12                              Respectfully submitted,

13

14  Dated: August 18, 2006         /s/ Laura Krank
                                   (As authorized via facsimile)
                                   LAURA KRANK
15                                 Attorney for Plaintiff

16

17  Dated: August 24, 2006         McGREGOR W. SCOTT
                                   United States Attorney

18

19                                 /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
                                   Assistant U.S. Attorney

20

21

22

23  IT IS SO ORDERED.

24  **Dated:   August 25, 2006**        **/s/ Sandra M. Snyder**
    icido3                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2